# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Moreno-Rios,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | No. CV-26-01473-PHX-RM (DMF)<br><br>**ORDER** |

On April 28, 2026, the Court granted the 28 U.S.C. § 2241 Petition in the above-captioned matter, and the Clerk of Court entered judgment. (Docs. 12, 13.) After the closure of the above-captioned matter, Petitioner filed another action under 28 U.S.C. § 2241 before this Court entitled *Morenos-Rios v. Mullin et. al.*, 2:26-cv-03239-RM-DMF. In June 2026, Respondents filed a Status Report in that matter and in the above-captioned matter, indicating that Petitioner was removed from the United States on May 26, 2026, was returned through "efforts voluntarily made by [Immigration and Customs Enforcement]" on June 10, 2026, and now continues to be held in Immigration and Customs Enforcement custody. (Doc. 15; *see also* Doc. 16 in 2:26-cv-03239-RM-DMF.) The Status Report further states that "Respondents do not oppose Petitioner's release under reasonable supervision conditions[.]" (Doc. 15; *see also* Doc. 16 in 2:26-cv-03239-RM-DMF.)

On June 18, 2026, the Court issued an Order in 2:26-cv-03239-RM-DMF requiring that Petitioner be immediately released. (*Morenos-Rios v. Mullin et. al.*, 2:26-cv-03239-

RM-DMF (Doc. 17).)

Accordingly,

**IT IS ORDERED** that the parties are directed to the Court's June 18, 2026 Order (Doc. 17) in *Morenos-Rios v. Mullin et. al.*, 2:26-cv-03239-RM-DMF. The above-captioned matter shall remain closed.

Dated this 22nd day of June, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -